d

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| FADI H. AMMOUS,<br>Petitioner | CIVIL ACTION NO. 1:16-CV-00694 |
| VERSUS | CHIEF JUDGE DRELL |
| DAVID COLE, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

### REPORT AND RECOMMENDATION

Petitioner, Fadi H. Ammous ("Ammous"), filed a Petition for Writ of Habeas Corpus under 22 U.S.C. § 2241. Ammous was an immigration detainee in the custody of the Department of Homeland Security / U.S. Immigration and Customs Enforcement ("DHS/ICE"). He was detained at the LaSalle Detention Center in Jena, Louisiana.

Ammous is a native of Palestine, and had been in DHS/ICE custody since March 2015. Ammous's removal order became final on October 2, 2015. Accordingly, Ammous's 90-day statutory removal period ended on December 21, 2015, and his presumptive 6-month removal period ended on March 30, 2016.

However, Ammous is no longer in DHS/ICE custody. Ammous was removed on August 2, 2016. Ammous's release from custody renders his Petition moot.

Defendants filed a Motion to Dismiss for Lack of Jurisdiction (Doc. 7). Counsel for Ammous does not oppose the Motion.

Therefore, IT IS RECOMMENDED that Defendants' Motion to Dismiss (Doc. 7) be GRANTED, and Ammous's Petition (Doc. 1) be DISMISSED AS MOOT.

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Fed.R.Civ.P. 72(b), parties aggrieved by this Report and Recommendation have fourteen (14) calendar days from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. No other briefs (such as supplemental objections, reply briefs, etc.) may be filed. Providing a courtesy copy of the objection to the undersigned is neither required nor encouraged. Timely objections will be considered by the District Judge before a final ruling.

Failure to file written objections to the proposed findings, conclusions, and recommendations contained in this Report and Recommendation within fourteen (14) days from the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Judge, except upon grounds of plain error.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this __20th__ day of January, 2017.

_____
Joseph H.L. Perez-Montes
United States Magistrate Judge